IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED APR 14 2010

| | | |
|---|---|---|
| RICHARD W. PARKER [FE0858] | : | CIVIL ACTION |
| v. | : | |
| RAYMOND SOBINA, et al. | : | NO. 09-4370 |

## ORDER

AND NOW, this 14th day of April, 2010, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is **DENIED AND DISMISSED AS TIME BARRED**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

R. BARCLAY SURRICK, J.

ENTERED
APR 14 2010
CLERK OF COURT